IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEWEY'S TRUCKING USA LLC,

    Plaintiff,

v.

JAMI M. BOUDINOT,
TIGER DRAGONS TRUCKING LLC,
and WAYLEN R. TRANSPORT LLC,

    Defendants.

Case No. 19-cv-738-jdp

---

## DEFAULT JUDGMENT

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Dewey's Trucking USA LLC and against defendants Tiger Dragons Trucking LLC and Waylen R. Transport LLC as follows: (1) $44,813.35 in damages; (2) $3,4650 in fees; and (3) $555.10 in costs. Plus interest on the judgment at the legal rate until the judgment is satisfied.

IT IS FURTHER ORDERED AND ADJUDGED that defendant Jami M. Boudinot is dismissed from this case.

Approved as to form this 17TH day of December, 2019.

_____
James D. Peterson
District Judge

_____　　　　　　　　12/17/19
Peter Oppeneer　　　　　　　　　　　　　　Date
Clerk of Court