IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DEWEY'S TRUCKING USA LLC,

    Plaintiff,

vs.                                                              Case No. 3:19-CV-00738

JAMI BOUDINOT, WAYLEN R. TRANSPORT

LLC AND TIGER DRAGONS TRUCKING, LLC,

    Defendants.

## DEFAULT JUDGMENT

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Dewey's Trucking USA LLC and against defendants Tiger Dragons Trucking LLC and Waylen R Transport LLC as follows: $44,813.35 in damages; (2) $3,4650 in fees; and (3) $555.10 in costs. Plus interest on the judgment at the legal rate until the judgment is satisfied.

IT IS FURTHER ORDERED AND ADJUDGED that defendant Jami M. Boudinot is dismissed from this case without prejudice.

Approved as to form this 24TH day of April, 2020.

/s/
James D. Peterson
District Judge

   s/ K. Frederickson, Deputy Clerk                            April 24, 2020
Peter Oppeneer                                                                  Date
Clerk of Court